# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2020

160657(48)

DESMOND RICKS,
          Plaintiff-Appellant,

v

STATE OF MICHIGAN,
          Defendant-Appellee.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160657
COA: 342710
Ct of Claims: 17-000159-MZ

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on January 28, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2020



Clerk